

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED
2013 OCT 25   AM 9:48
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

IN RE:                )
                      )
GLADISH, MARY         )    13-07988-SWD
                      )
                      )

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

1. I, Casey C. Kepple, request admission, *pro hac vice*, in the above case, to represent Todd Clanahan.

2. My full contact information is:

   Casey Christopher Kepple
   Shay Kepple Phillips Ltd.
   456 Fulton Street, Suite 255
   Peoria, Illinois 61602
   (309) 494-6155
   ckepple@skplawyers.com

3. I am licensed to practice law in the Central District of Illinois and the District of Arizona. I am in good standing in both districts.

4. I verify that I shall be bound by all rules, practices, and ethics that are applicable to those other attorneys admitted to practice before the United States District Court for the Western District of Michigan.

5. I will pay the admission fee within ten (10) days of entry of an order granting admission.

Respectfully submitted,

SHAY KEPPLE PHLLIPS LTD.

By: *Casey C. Kepple*
Casey C. Kepple
456 Fulton Street, Suite 255
Peoria, Illinois 61602
(309) 494-6155 (p)
(309) 494-6156 (f)
ckepple@skplawyers.com