Form OJRH15 (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Mary Gladish**<br>3626 Cobblefield Circle #8<br>Caledonia, MI 49316<br>SSN: xxx–xx–9592<br><br>**Debtor** | **Case Number 13–07988–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

# ORDER GRANTING EXTENSION TO FILE SCHEDULES, MEANS TEST FORM AND CHAPTER 13 PLAN

At a session of said Court of Bankruptcy, held in and for said district on October 25, 2013.

PRESENT: Honorable Scott W. Dales
United States Bankruptcy Judge

On October 24, 2013 , Debtor(s) filed a document entitled " Application for Extension of Time to File Chapter 13 Means Test Form ." The motion requests ex parte relief.

The motion is GRANTED. Debtor(s) shall have until **November 8, 2013** , to file his/her/their schedules , means test form and chapter 13 plan .

A copy of this Order shall be served via the BNC upon the Debtor(s), attorney for the Debtor(s), the Trustee and the Office of the U.S. Trustee.

Dated:  October 25, 2013

BY THE COURT

_____
Scott W. Dales
United States Bankruptcy Judge

---

[1] *Aliases for Debtor Mary Gladish : aka Dr. Mary Gladish, fka Clyde Park Chiropractic*