UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE: )
)
GLADISH, MARY ) 13-07988-SWD
)
)

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon motion by Casey C. Kepple, to be admitted *pro hac vice*, to represent Todd Clanahan, creditor in the above referenced case; it is hereby **ORDERED** that Casey C. Kepple is admitted to practice pro hac vice, in the above referenced case, in the United States Bankruptcy Court for the Western District of Michigan, provided that the filing fee is paid within ten (10) days of entry of this Order.

DATED: _____                    _____
                                          UNITED STATES BANKRUPTCY JUDGE

**IT IS SO ORDERED.**

Dated October 28, 2013



_____
Scott W. Dales
United States Bankruptcy Judge