UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In Re:                                                                                  Case No. DG 13-07988

    Mary Gladish,                                                          Chapter 13 Proceeding

                                                                                                                      Filed:  October 11, 2013

    Debtor.

_____/

## FOURTH AMENDMENT TO CHAPTER 13 PLAN

    NOW COMES the Debtor, Mary Gladish, by and through her Counsel, Keller & Almassian, PLC who hereby amends her original Chapter 13 Plan as follows:

    Debtor amends her 100% Chapter 13 Plan to reduce her Chapter 13 Plan payments from $1,250.00 per month to $961.00 per month commencing March 2014.

    In all other respects the Chapter 13 Bankruptcy Plan remains the same.

## VERIFICATION OF AMENDMENT

    The above named Debtor hereby verifies that this amendment is true and correct to the best of her knowledge.

                                                              KELLER & ALMASSIAN, PLC
                                                              Attorneys for Debtor

Dated:       4-4-14                By: /s/ James M. Keller
                                                      James M. Keller (P36891)
                                                      2810 East Beltline Lane NE
                                                      Grand Rapids, MI 49525
                                                      (616) 364-2100

Dated:      3-31-14               /s/ Mary Gladish
                                                      Mary Gladish, Debtor