# UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 1

IN RE:
MARY GLADISH  Date 06/03/2014  Case Number 13-07988-D
3626 COBBLEFIELD CIRCLE # 8
CALEDONIA MI 49316

MARY GLADISH
3626 COBBLEFIELD CIRCLE # 8
CALEDONIA MI 49316

## NOTICE OF INTENT TO PAY CLAIMS

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 001-0 | KELLER & ALMASSIAN PLC<br>2810 E BELTLINE LANE NE | 10/11/2013 | 3,650.00 | 13,923.70 | | Legal |
| 002-0 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | | 12,930.47 | 0.00 | | Secured<br>Not Filed |
| 003-0 | STATE OF MICHIGAN<br>UNEMPLOYMENT INSURANCE AGENCY<br>TAX OFFICE/PO BOX 8068 | | 920.66 | 0.00 | | Secured<br>Not Filed |
| 004-0 | STATE OF MICHIGAN<br>UNEMPLOYMENT INSURANCE AGENCY<br>TAX OFFICE/PO BOX 8068 | | 3,463.48 | 0.00 | | Secured<br>Not Filed |
| 005-0 | MICHIGAN DEPARTMENT OF TREASUR<br>PO BOX 30199 | | 427.40 | 0.00 | | Priority<br>Not Filed |
| 006-0 | ADVANCEME, INC<br>2015 VAUGHN ROAD, BUILDING 500 | | 12,148.50 | 0.00 | | Unsecured<br>Not Filed |
| 007-0 | BANK OF AMERICA<br>PO BOX 982235 | | 1,193.41 | 0.00 | | Unsecured<br>Not Filed |
| 008-0 | BANK OF AMERICA<br>PO BOX 982235 | | 6,758.80 | 0.00 | | Unsecured<br>Not Filed |
| 009-0 | ALTAIR OH XIII LLC<br>C/O WEINSTEIN, PINSON AND RILEY PS<br>PO BOX 3978 | 12/26/2013 | 2,838.70 | 2,907.12 | 100.00 | Unsecured |

Continued on Next Page

In RE:   MARY GLADISH                                                          Case Number   13-07988-D        6/3/2014

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 010-0 | CLANAHAN CHIROPRACTIC PC<br>105 NORTH PKWY DRIVE | 11/27/2013 | 300,000.00 | 30,000.00 | 100.00 | Unsecured |
| 011-0 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914 | 02/07/2014 | 3,456.63 | 3,456.04 | 100.00 | Unsecured |
| 012-0 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 10/23/2013 | 314.14 | 0.00 |  | Priority |
| 012-1 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 10/23/2013 |  | 313.70 | 100.00 | Unsecured |
| 013-0 | SALLIE MAE, INC C/O USA FUNDS<br>ATTN: DEPOSIT OPERATIONS<br>PO BOX 6180 | 11/08/2013 | 162,748.87 | 164,530.26 | 100.00 | Unsecured<br>Direct |
| 014-0 | VALPACK OF WESTERN MICHIGAN<br>1500 EAST BELTLINE AVE # 160 |  | 600.00 | 0.00 |  | Unsecured<br>Not Filed |
| 015-0 | WELLS FARGO EDUCATION FINANCIA<br>301 E 58TH STREET N | 11/14/2013 | 15,476.41 | 15,974.32 | 100.00 | Unsecured<br>Direct |
| 016-0 | CHRIS MILLER<br>4045 YARROW DRIVE NE |  | 0.00 | 0.00 |  | Secured<br>Direct |
| 017-0 | CLANAHAN CHIROPRACTIC PC<br>105 NORTH PKWY DRIVE |  | 0.00 | 0.00 |  | Unsecured<br>Not Filed |
| 018-0 | FIELDSTONE APARTMENTS LLC<br>PO BOX 737 |  | 0.00 | 0.00 |  | Unsecured<br>Not Filed |
| 019-0 | FROST BROWN TODD LLC<br>PO BOX 5716 |  | 1,682.50 | 0.00 |  | Unsecured<br>Not Filed |
| 020-0 | DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 105347 | 12/20/2013 | 0.00 | 8,852.45 | 100.00 | Unsecured<br>Direct |
| 021-0 | DEPT OF ED/MOHELA<br>633 SPIRIT DRIVE |  | 8,852.45 | 0.00 |  | Unsecured<br>Direct |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 3

In RE: MARY GLADISH　　　　　　　　　　　　　　　　　　　　Case Number 13-07988-D　　6/3/2014

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 772-0 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>ONE DIVISION AVENUE NW ROOM 200 | 10/11/2013 | 281.00 | 281.00 | | Admin |
| TRS-0 | Brett N. Rodgers | | 0.00 | 2,734.42 | | Trustee |

| Debt To Be Paid | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 36,676.86 | 3,015.42 | 13,923.70 | 0.00 |

Total To Be Paid　　　53,615.98

/s/ Brett N. Rodgers
Brett N. Rodgers, Chapter 13 Trustee

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee                                      Page   3

In RE:    MARY GLADISH                                        Case Number    13-07988-D      6/3/2014

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by BRETT N. RODGERS, CHAPTER 13 STANDING TRUSTEE

and that on the Date of Service I served the within
on: DEBTOR(S)

Date of Service:  6/3/2014

by first class mail with postage fully prepaid thereon.
Executed at Grand Rapids, Michigan on Date of Service.

/s/ Evie Powers

Evie Powers

Case:13-07988-swd    Doc #:57    Filed: 06/03/14    Page 5 of 6

Case:13-07988-swd    Doc #:57    Filed: 06/03/14    Page 6 of 6